■ In the Matter of HELEN H. EPSTEIN, Respondent, v. CARMEN CORBELLI, Appellant.— Order, entered on June 2, 1965, modified, on the law, the facts and in the exercise of discretion, to reduce the award of counsel fee from $500 to $200, and as so modified, is otherwise affirmed, without costs or disbursements to either party. While we conclude the court had the power to allow a counsel fee (Family Ct. Act, § 536; *Matter of Giacoman* v. *Boer*, 23 A D 2d 737), in light of the record in this case the amount awarded was clearly excessive to the extent indicated. We note that respondent-appellant has previously paid a $350 counsel fee in connection with this matter, and observe that the present allowance does not contemplate any further application for counsel fees. Concur — Breitel, J. P., Rabin, Stevens and Eager, JJ.; Valente, J., deceased.

■ TONAN CONSTRUCTION CORP. et al., Respondents, v. GEVYN CONSTRUCTION CORP., Appellant.— Order, entered on August 16, 1965, affirmed, with $30 costs and disbursements to the respondents. No opinion. Order, entered August 10, 1965, granting the motion to modify a notice for discovery affirmed, without costs or disbursements and without prejudice to an application for further discovery after completion of the examination before trial. Concur — Rabin, J. P., McNally, Eager and Bastow, JJ.; Valente, J., deceased.

## (February 21, 1966.)

■ LINUS C. PAULING v. NATIONAL REVIEW, INC., et al. MIRIAM HARPER, as Executrix, v. NATIONAL REVIEW, INC., et al. — Motions for orders staying joint trial of the actions unanimously denied, with $10 costs. Concur — Botein, P. J., McNally, Stevens, Steuer and Staley, JJ.